UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROBERT JOHNSON and HENRY PATTEN,

                                               Plaintiffs,

                          -against-

THE CITY OF NEW YORK, STEVEN RICHARDSON,
JESUS DIAZ, SGT. MICHAEL WHITE, P.O. ORTEGA, P.O.
LAWRENCE PEROTTA, P.O. STEVEN RICHARDSON,
DET. DENNIS FRIENDLY, JANE AND JOHN DOE ## 1-5.

                                               Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 02075 (NGG) (CLP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Gregory Antollino, Esq.
*Attorney for Plaintiffs*
275 Seventh Avenue Suite 705
New York, New York 10001
212-334-7397

By: _____
Gregory Antollino, Esq.
*Attorney for Plaintiff*

Dated: New York, New York
    Oct 2, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-206
New York, New York 10007

By: _____
Duane Blackman
*Senior Counsel*

SO ORDERED:

s/Nicholas G. Garaufis

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

2